IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

MAR 17 2017

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| GARRY L. JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>NICHOLAS R. SCHAPS, II, TN TRANSPORT, INC. and J&S ENERGY, LLC (d/b/a TN Energy) (as successor-in-interest to TN Transport, Inc.),<br><br>    Defendants. | CV 17-14-BLG-SPW<br><br>ORDER |

Plaintiff Garry L. Jones moves for the admission of Andrew P. Muller to practice before the Court in the above captioned matter with David R. Paoli of Missoula, Montana, designated as local counsel. The motion complies with Local Rule 83.1(d), and Defendants do not object.

IT IS SO ORDERED that Plaintiff Garry L. Jones' motion to admit Andrew P. Muller to appear *pro hac vice* (Doc. 14) is GRANTED and he is authorized to appear as counsel with David R. Paoli pursuant to L.R. 83.1(d) in the above captioned matter.

DATED this 17th day of March, 2017.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge

1