IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



**FILED**

JAN 2 2 2018

Clerk, U.S. District Court
District Of Montana
Billings

GARRY L. JONES,

    Plaintiff/Counter Defendant.

vs.

NICHOLAS R. SCHAPS II, TN
TRANSPORT, INC. and J&S
ENERGY, LLC, *dba TN Energy, as
successor-in-interest to TN Transport,
Inc.*,

    Defendants/Counter Plaintiffs.

CV 17-14-BLG-SPW

ORDER

On December 15, 2017, the Court ordered the parties to file a stipulation to
dismiss together with a proposed order dismissing the case within thirty days (Doc.
38). No stipulation having been filed as of today's date,

IT IS HEREBY ORDERED that the parties file a joint stipulation showing
cause why no such stipulation to dismiss has been filed by **Monday, January 29,
2018**.

The clerk of court is directed to notify counsel of the making of this Order.

DATED this 22nd day of January, 2018.

Susan P. Watters

SUSAN P. WATTERS
United States District Judge