IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JAN 2 6 2018

Clerk, U S District Court
District Of Montana
Billings

GARRY L. JONES,

    Plaintiff/Counter Defendant.

vs.

NICHOLAS R. SCHAPS II, TN TRANSPORT, INC. and J&S ENERGY, LLC, *dba TN Energy, as successor-in-interest to TN Transport, Inc.*,

    Defendants/Counter Plaintiffs.

CV 17-14-BLG-SPW

ORDER

This matter came before the Court on the parties' Stipulation for Dismissal with Prejudice (Doc. 40). In accordance with the Stipulation and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action is DISMISSED with prejudice, each party to bear their own costs and attorneys' fees.

DATED this 26th day of January, 2018.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge